Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

In the Matter of the Claim of FRANK RAYMOND, Respondent, v. THE ESTATE OF ANDREW DAVIS, Deceased, Appellant.— Order affirmed, with ten dollars costs, payable out of the estate. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Claim of FRANK RAYMOND, Respondent, v. THE ESTATE OF ANDREW DAVIS, Deceased, Appellant.— Order affirmed, with ten dollars costs, payable out of the estate. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

A. E. NETTLETON COMPANY, Appellant, v. CHARLES F. STORY, Respondent.— Judgment modified by providing, in addition to its terms, that the receiver shall pay from the avails of the sale the sum of $900, being one-half the salary paid defendant as president of the Kelley Bootery Company in the years 1917 and 1918, during the time he was employed by the plaintiff and being paid to devote his entire time to said employment; and as so modified the judgment is affirmed, with costs to appellant. Conclusions of law Nos. 2 and 3 are disapproved, and an additional conclusion of law is found, as follows: That while in the employ of plaintiff and required to devote his entire time to such employment, the defendant owed the duty to plaintiff to disclose his relations with the joint enterprise, the Kelley Bootery Company, to the plaintiff, and he had no right to take and retain for his private and individual gain and benefit a salary from such company without the knowledge and consent of the plaintiff. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

STEFAN M. PIETRASZEWSKI, Appellant, v. AMERICAN RAILWAY EXPRESS COMPANY, Respondent.— Judgment of Special Term reversed on the law and facts and judgment of Buffalo City Court affirmed, with costs in this court and at Special Term to the appellant, on the ground that the question of plaintiff's contributory negligence was a fair question of fact for determination by the trial court. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

STONE-HOOD AWNING COMPANY, INC., Respondent, v. GEORGE ZIPP, Appellant.— Judgment affirmed, with costs. Hubbs, P. J., Clark and Davis, JJ., concur; Crouch and Taylor, JJ., dissent and vote for reversal.

WILLIAM R. HALL and Another, Respondents, v. CHRISTIAN MAERTEN and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

THE FEDERAL FINANCE AND CREDIT COMPANY, Respondent, v. AMERICAN STORAGE WAREHOUSE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM McGIRR, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CZESLAW or CHESTER GACZEWSKI and Another, Appellants.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MARSHALL LOUNSBURY, by HARVEY M. LOUNSBURY, His Guardian ad Litem,